UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL GEORGE BROOKS,<br><br>    Defendant. | Case No.: 16-cr-01206-JLS<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Hon. Janis L. Sammartino |

Upon consideration of Defendant Michael George Brooks' Unopposed Motion for Early Termination of Supervised Release:

IT IS ORDERED THAT Defendant's Motion is GRANTED; and

IT IS FURTHER ORDERED that Defendant's supervised release is hereby terminated.

IT IS SO ORDERED.

Dated:  September 20, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge